## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

| | |
|---|---|
| ESTATE OF CAROLYN J. MICKENS, et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. BANK, NATIONAL ASSOCIATION, et al., <br><br> Defendants. | Civil Action No. 1:18-cv-00928 |

## **MOTION TO DISMISS**

Defendant BWW Law Group, LLC ("BWW"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), submit this Motion to Dismiss (the "Motion") the Complaint (the "Complaint") filed by the Estate of Carolyn J. Mickens and Vivian Newman (collectively, the "Plaintiffs"). The reasons in support of this motion are more thoroughly set forth in the accompanying Memorandum in Support. BWW also adopts and incorporates, as if fully set forth herein, any motion to dismiss filed by its co-Defendants US Bank, National Association and Ocwen Loan Servicing, LLC.

Respectfully submitted,

Dated: May 14, 2019

/s/ Matthew Cohen
Matthew Cohen, Esq. (D.C. Bar # 502922)
BWW Law Group, LLC
6003 Executive Blvd., Suite 101
Rockville, Maryland 20852
301-961-6555, ext. 0794
301-961-6473 fax
matt.cohen@bww-law.com
*Counsel for the BWW Law Group, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing, and all attachments thereto, was served May 14, 2019, electronically through the Court's ECF system or by first-class mail, postage prepaid, to:

Jeffrey W. Styles, Esq.
Washington Legal Group, LLC
1150 Connecticut Avenue, NW, 9th Floor
Washington, DC 20036
*Counsel for Plaintiffs*

Jason Kutcher, Esq.
Syed M. Reza, Esq.
Troutman Sanders LLC
401 9th Street, NW, Suite 1000
Washington, DC 20004
*Counsel for Defendants Ocwen and US Bank*


Dated: May 14, 2019                                /s/ Matthew Cohen
                                                                Matthew Cohen
                                                                BWW Law Group, LLC
                                                                *Counsel for the BWW Law Group, LLC*