IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CAROLYN MICKENS, *et al.*,<br><br>　　　　*Plaintiffs,*<br>v.<br><br>US BANK, NATIONAL ASSOCIATION *et al.*,<br><br>　　　　*Defendants*. | CASE NO. 1:18-cv-00928-KBJ |

## MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants, U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2 and Ocwen Loan Servicing, LLC (collectively, "Defendants"), by counsel, hereby move to dismiss the Second Amended Complaint filed by Plaintiffs the Estate of Carolyn Mickens and Vivian Newman an individual, on behalf of herself and all other similarly situated individuals (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 12(b)(6).

For the reasons set forth in the accompanying Memorandum in Support, Defendants respectfully request that the Court grant Defendants' Motion to Dismiss Second Amended Complaint, and enter an order dismissing Plaintiffs' claims with prejudice.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**U.S. BANK NATIONAL ASSOCIATION,**
　　　　　　　　　　　　　　　**AS TRUSTEE FOR THE C-BASS**
　　　　　　　　　　　　　　　**MORTGAGE LOAN ASSET-BACKED**
　　　　　　　　　　　　　　　**CERTIFICATES, SERIES 2006-RP2**

　　　　　　　　　　　　　　　**OCWEN LOAN SERVICING, LLC**

2

By: /s/ S. Mohsin Reza
S. Mohsin Reza (DC Bar No. 985270)
Jason T. Kutcher (DC Bar No. 1011988)
Troutman Sanders LLP
401 9th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 274-1927
Fax: (703) 448-6510
mohsin.reza@troutman.com
jason.kutcher@troutman.com
*counsel for Defendants U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2 and Ocwen Loan Servicing, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this day of 14th day of May, 2019, a copy of the foregoing *Motion to Dismiss* was filed by CM/ECF, which will send a notice of electronic filing to the following counsel listed below

Jeffrey Warren Styles, Esq.
Washington Legal Group, LLC
1150 Connecticut Avenue NW, 9th Floor
Washington, DC 20036
*Counsel for Plaintiffs*

Matthew Daniel Cohen, Esq.
BWW Law Group, LLC
6003 Executive Blvd., Suite 101
Bethesda, MD 20852
*Counsel for Defendant BWW Law Group, LLC*

By: /s/ S. Mohsin Reza
S. Mohsin Reza (DC Bar No. 985270)
Jason T. Kutcher (DC Bar No. 1011988)
Troutman Sanders LLP
401 9th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 274-1927
Fax: (703) 448-6510
mohsin.reza@troutman.com
jason.kutcher@troutman.com
*counsel for Defendants U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2 and Ocwen Loan Servicing, LLC*