**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| ESTATE OF CAROLYN J. MICKENS, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:18-cv-00928-KBJ |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

## CONSENT MOTION TO ADMIT JOHN C. LYNCH
## AS COUNSEL *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, S. Mohsin Reza, an active member in good standing of the Bar of the District of Columbia and the Bar of the United States District Court for the District of Columbia, respectfully move for the admission *pro hac vice* of John C. Lynch, of the law firm of Troutman Sanders LLP, located at 222 Central Park Ave., Suite 2000, Virginia Beach, VA 23462, and request that Mr. Lynch be permitted to participate in the above-captioned matter as counsel for Defendants U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2 ("U.S. Bank") and Ocwen Loan Servicing, LLC ("Ocwen") (collectively, "Defendants"). In support of this Motion, I submit the accompanying Declaration of John C. Lynch as **Exhibit A**. Pursuant to Local Civil Rule 7(m) of the United States District Court for the District of Columbia, counsel for Defendants conferred with Plaintiff's counsel and confirmed that Plaintiffs consent to this Motion.

Dated this 18th day of November 2019.

Respectfully submitted,

By: /s/ S. Mohsin Reza
S. Mohsin Reza (DC Bar No. 985270)
Jason T. Kutcher (DC Bar No. 1011988)
Troutman Sanders LLP
401 9th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 274-1927
Fax: (703) 448-6510
mohsin.reza@troutman.com
jason.kutcher@troutman.com

*Counsel for Defendants U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2, and Ocwen Loan Servicing, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day of 18th day of November 2019, a copy of the foregoing Consent Motion to Admit John C. Lynch as Counsel *Pro Hac Vice* was filed by CM/ECF, which will send a notice of electronic filing to the following counsel listed below

Jeffrey Warren Styles, Esq.
Washington Legal Group, LLC
1150 Connecticut Avenue NW, 9th Floor
Washington, DC 20036
*Counsel for Plaintiffs*

Matthew Daniel Cohen, Esq.
BWW Law Group, LLC
6003 Executive Blvd., Suite 101
Bethesda, MD 20852
*Counsel for Defendant BWW Law Group, LLC*

By: /s/ S. Mohsin Reza
S. Mohsin Reza (DC Bar No. 985270)
Jason T. Kutcher (DC Bar No. 1011988)
Troutman Sanders LLP
401 9th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 274-1927
Fax: (703) 448-6510
mohsin.reza@troutman.com
jason.kutcher@troutman.com

*Counsel for Defendants U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2 and Ocwen Loan Servicing, LLC*

40648628v1