UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ESTATE OF CAROLYN J. MICKENS, *et al.*,<br><br>       Plaintiffs,<br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, *et al.*,<br><br>       Defendants. | Civil Action No. 1:18-cv-00928-FYP |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2, and Ocwen Loan Servicing, LLC (the "Defendants") and Plaintiffs the Estate of Carolyn Mickens and Vivian Newman (the "Plaintiffs") hereby stipulate and represent to the Court that all matters in controversy in this litigation have settled and resolved, including all outstanding claims and causes of action. Having considered the same,

IT IS HEREBY ORDERED that the claims and causes of action asserted herein by the Parties are in all respects dismissed with prejudice, with court costs and/or fees to be paid by the party incurring the same.

SO ORDERED on this _____ day of _____, 20\_\_\_.

                                                                                  _____
                                                                                   United States District/Magistrate Judge

| | |
|---|---|
| **STIPULATED AND AGREED:** | **STIPULATED AND AGREED:** |

/s/ *Allison A. Melton*  
Allison A. Melton (DC Bar No. 1015822)  
John C. Lynch, *admitted Pro Hac Vice*  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
222 Central Park Avenue, Suite 2000  
Virginia Beach, VA 23462  
Tel: (757) 687-7542  
Fax: (757) 687-7510  
E-mail: allison.melton@troutman.com  
E-mail: john.lynch@troutman.com  

Elizabeth M. Briones (DC Bar No. 888324983)  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
401 9th Street, N.W., Suite 100  
Washington, DC 20004  
Telephone: (202) 274-2937  
Email: elizabeth.briones@troutman.com  

*Counsel for Defendants U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2, and Ocwen Loan Servicing, LLC*

/s/ *Jeffery W. Styles*  
Jeffrey Warren Styles (DC Bar No. 475264)  
WASHINGTON LEGAL GROUP, LLC  
1001 Connecticut Ave NW, Ste. 1138  
Washington, D.C. 20036  
Tel: (202) 503-1708  
E-mail: jstyles@washlegal.com  

*Counsel for Plaintiffs Estate of Carolyn Mickens and Vivian Newman*

## **CERTIFICATE OF SERVICE**

I certify that on January 9, 2023, a copy of the foregoing document was filed by CM/ECF, which will send a notice of electronic filing to the following counsel or record:

Jeffrey Warren Styles, Esq.
WASHINGTON LEGAL GROUP, LLC
1001 Connecticut Ave NW, Ste. 1138
Washington, D.C. 20036
jstyles@washlegal.com

*Counsel for Plaintiffs*

/s/ Allison A. Melton
Allison A. Melton (DC Bar No. 1015822)